IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ANTHONY C. SANDERS,

    Plaintiff,

v.                              Case No. 4:18cv483-MW/MJF

JOHN DOE, et al.,

    Defendants.

_____/

**ORDER ACCEPTING AND ADOPTING**
**REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 23. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall transfer this case to the Middle District of Florida. The Clerk shall also close the file.

**SO ORDERED on September 4, 2019.**

                             s/Mark E. Walker         
                             **Chief United States District Judge**